### RUSSELL KINCH v. THE STATE.

No. 1827. Decided October 23, 1912.

**Rape—Sentence—Statutes Construed.**

Where, upon appeal from a conviction of rape, it appeared from the record that no sentence had been pronounced and entered of record, the appeal must be dismissed. Article 856, Revised Code Criminal Procedure.

Appeal from the District Court of Harrison. Tried below before the Hon. H. T. Lyttleton.

Appeal from a conviction of rape; penalty, ten years imprisonment in the penitentiary.

The opinion states the case.

*Beard & Davidson,* for appellant.

*C. E. Lane,* Assistant Attorney-General, for the State.

HARPER, JUDGE.—In this case the record fails to disclose that the defendant has ever been sentenced by the court trying the case. This being a conviction for a felony, in which the punishment assessed is only ten years confinement in the penitentiary, under article 856 of the Revised Code of Criminal Procedure an appeal will not lie until sentence has been pronounced and entered of record. Arcia v. State, 26 Texas Crim. App., 193; Heinzman v. State, 34 Texas Crim. Rep., 76; Hinman v. State, 54 Texas Crim. Rep., 434.

The appeal is dismissed.

*Dismissed.*